## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORMA H. SILVERBERG,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **NO. 12-411** |
| **MARC SILVERBERG, et al.,** | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

     **AND NOW**, this 25th day of April 2012, it is hereby **ORDERED** that the Motions to

Dismiss of Defendant Joseph McDonald (Doc. No. 12) and Defendant Diane Zabowski (Doc.

No. 13) are **DISMISSED without prejudice**.[1]  Defendants McDonald and Zabowski are granted

leave to refile their motions in accordance with the Court's Policies and Procedures within

fourteen (14) days of the date of this Order.

     It is so **ORDERED.**

                                 **BY THE COURT:**

                                 **/s/ Cynthia M. Rufe, J.**

                                 **CYNTHIA M. RUFE, J.**

---

[1]  This Court's Policies and Procedures provide that motions to dismiss and responses thereto "shall not exceed fifteen (15) double-spaced pages."  Policies and Procedures of the Honorable Cynthia M. Rufe, *available at* http://www.paed.uscourts.gov/documents/procedures/rufpol.pdf.  The Motions to Dismiss of Defendant McDonald (Doc. No. 12) and Defendant Zabowski (Doc. No. 13) both exceed this page limitation, as do Plaintiff's responses to the Motions.  The Court dismisses both Motions without prejudice to Defendant McDonald's and Zabowski's right to re-file their motions in compliance with the Court's Policies and Procedures.  The Court notes that any memoranda filed in response to an amended motion must also comply with the fifteen-page limit.