IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMA H. SILVERBERG, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARC SILVERBERG, et al. | : | NO.   12-0411 |
| | : | |
| Defendants | : | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)**

**PLEASE TAKE NOTICE** that plaintiff, Norma H. Silverberg, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (a)(1)(B), hereby voluntarily dismisses all claims as to all defendants, *without prejudice*. Defendants have not served either an answer or motion for summary judgment, and plaintiff has not previously dismissed any federal or state court action based on or including the same claims.

       **LAW OFFICE OF RICHARD J. SILVERBERG**

       BY:  s/ Richard J. Silverberg
            **RICHARD J. SILVERBERG**
            I.D. No. 48329
            Box 30433
            Philadelphia, PA 19103
            (215) 563-6369
            rjs@rjsilverberg.com
            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, RICHARD J. SILVERBERG, ESQUIRE, hereby certify that on June 1, 2012, I served a true and correct copy of Plaintiff's Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1), via the district court's ECF system, upon all interested parties as follows:

>Philip W. Newcomer, Esquire
>One Montgomery Plaza, Suite 800
>P.O. Box 311
>Norristown, PA 19404-0311
>
>Paul C. Troy, Esquire
>Kane, Pugh, Knoell, Troy & Kramer LLP
>510 Swede Street
>Norristown, Pa 19401
>
>Jeffrey Cohen, Esquire
>Flaster Greenberg P.C.
>1810 Chapel Avenue West
>Cherry Hill, NJ 08002

>   s/ Richard J. Silverberg
> **RICHARD J. SILVERBERG**

June 1, 2012
DATE


Silverberg/Cert of Service