IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORMA H. SIlVERBERG,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 12-411** |
| **MARC SILVERBERG, et al.,** | : | |
| Defendants. | : | |
| | : | |

### ORDER

**AND NOW**, this 4th day of June 2012, in light of Plaintiff filing a Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1) (Doc. No. 31), it is hereby **ORDERED** that all claims against all defendants in the above-captioned action are **DISMISSED without prejudice**.

All outstanding Motions are **DISMISSED as moot**.

The Clerk of Court is directed to close this case.

It is so **ORDERED.**

BY THE COURT:

/s/ **Cynthia M. Rufe, J.**

_____
**CYNTHIA M. RUFE, J.**